# PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 31 | 10/15/2012 | Mortgage Documents relating to Mortgage on 808 Lexington Ave (EWD.Julian Bivins.01.30.17.000837-839) |
| 32 | 10/15/2012 | Mortgage Documents relating to Mortgage on 808 Lexington Ave (EWD.Julian Bivins.01.30.17.000852) |
| 33 | 7/15/2013 | Mortgage Documents relating to Mortgage on 808 Lexington Ave (EWD.Julian Bivins.01.30.17.000854) |
| 34 | 9/9/2013 | Mortgage Documents relating to Mortgage on 808 Lexington Ave (EWD.Julian Bivins.01.30.17.000856-865) |
| 35 | 9/16/2014 | Email from Stein to Lieberman re frustrated with inefficient and lack of responsiveness re Exclusive Listing Agreement (EWD.Julian Bivins.01.30.17.000510-000511) |
| 36 | 1/1/2011 | Attachment to Pltf Ex 35 - Email from Stein to Lieberman re Exclusive Listing Agreement - Revenue Supplied to Guardianship |
| 37 | 10/17/2013 | Emails relating to Exclusive Listing Agreement (EWD.Julian Bivins.01.30.17.000531) |
| 38 | 12/16/2104 | Closing Statement of Ciklin for sale of 808 Lexington to Julian |
| 39 | 2/22/2013 | Texas Settlement Agreement |
| 41 | 2012 | 2012 Guardian Check Register (EWD.Julian Bivins.02.02.17.000255-000270) |
| 42 | 2013 | 2013 Guardian Check Register (EWD.Julian Bivins.02.02.17.000271-000281) |
| 45 | 12/12/2009 | Last Will and Testament of Oliver Bivins, Sr. |
| 48 | 04/07/2011 | Final Report of Guardian Property (01.05.11-02.25.11) (Kelly) (EWD.Julian Bivins.02.02.17.000001-000034) |
| 50 | 07/11/2012 | Petition for Authorization to Pursue Petition to Determine Beneficiaries and for the Guardian to Enter into a Hybrid Fee Agreement (EWD.Julian Bivins.02.08.17.000859-000891) |
| 52 | 07/22/2012 | Final Report of Guardian Property (01.05.11-07.18.11) (Kelly) (EWD.Julian Bivins.02.02.17.000035-000050) |
| 54 | 08/12/2012 | Notice of Default and Acceleration from Sovereign Bank (EWD.Julian Bivins.02.06.17.000041-000043) |
| 55 | 09/04/2012 | *Annual Accounting (Guardianship Report) of Guardian of Property (05.10.11-05.31.12),* |

1

# PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| | | Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.02.02.17.000051-000107) |
| 58 | 10/18/2012 | Petition for Order Authorizing Payment of Attorney's Fees and Expenses (Ciklin) (EWD.Julian Bivins.02.08.17.000708-000749) |
| 60 | 11/04/2012 | Petition to Determine Beneficiaries |
| 61 | 12/18/2012 | Exhibits (Rents from Fig & olive) to Deposition of Deborah Kuehnel, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 |
| 62 | 12/18/2012 | Exhibits (Rents from Pinafore) to Deposition of Deborah Kuehnel, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.01.30.17.002754-002798) |
| 66 | 05/08/2013 | Memorandum of Understanding Regarding Settlement (EWD.Julian Bivins.01.30.17.000598-000600) |
| 67 | 05/15/2013 | Letter to O'Connell re: Fees, Due Diligence, new Guardian (EWD.Julian Bivins.01.30.17.000601-000603) |
| 68 | 05/16/2013 | Notice of Filing Resignation of Curtis Rogers |
| 70 | 07/08/2013 | Supplemental to Amended Petition for Order Authorizing Payment of Attorney's Fees and Expenses (EWD.Julian Bivins.02.08.17.000859-000917) |
| 71 | 07/09/2013 | Eastern Consolidated Broker Opinion DE 228-30 |
| 74 | 09/09/2013 | Ltr. from Beachton Tuxedo LLC Re Payoff of Mortgage (EWD.Julian Bivins.01.30.17.000302) |
| 75 | 09/15/2013 | McGladry Appraisal (EWD.Julian Bivins.01.30.17.000726-000776) |
| 78 | 09/17/2013 | *Order on Motion for Court Approval of Settlement Agreement and Mutual Release*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.01.30.17.000001-000021) |
| 79 | 11/04/2013 | *Amended Supplemental Final Accounting (Guardianship Report) of Guardian of Property (04.01.13-05.31.13)*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 |

2

# PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| | | (EWD.Julian Bivins.02.02.17.000108-000137) |
| 80 | 11/04/2013 | *Amended Supplemental Final Accounting (Guardianship Report) of Guardian of Property* (06.01.12-05.31.13), Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.02.02.17.000138-000162) |
| 81 | 11/04/2013 | *Amended Combined Final Accounting (Guardianship Report) of Guardian of Property* (06.01.12-05.31.13), Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.02.02.17.000018-000069) |
| 83 | 11/06/2013 | *Amended Petition for Discharge of Guardian*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.02.08.17.000565-000631) |
| 86 | 05/02/2014 | *Petition for Authorization to Sell Ward's Real Property Located at 808 Lexington Ave., New York, New York* [DE225-15], Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 |
| 87 | 05/23/2014 | *Order on Hybrid/Contingences Fee Portion of Application of Attorneys for Ward for Fees and Costs*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.01.30.17.003266-003269) |
| 88 | 07/24/2014 | *Petition to Compel Oliver Bivins II. to Comply with Settlement*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.01.30.17.000903-000908) |
| 97 | 10/20/2014 | Contract of Sale in 808 Lexington (Exhibit 2 to Lieberman deposition taken on 01/23/2014) (EWD.Julian Bivins.01.30.17.002357-00240) |
| 98 | 10/21/2014 | Petition for Attorney's Fees (Ciklin) |
| 99 | 10/28/2014 | Real Property Transfer Report – 67th Street Value (22.5 million) (EWD.Julian Bivins.01.30.17.000589-000597) |
| 100 | 12/01/2014 | Petition for Order Authorizing Payment of Attorney Fees and Expenses (Stein) |
| 102 | 12/16/2014 | Closing Statement (808 Lexington Avenue) (EWD.Julian Bivins.01.30.17.000822-000824) |
| 103 | 12/16/2014 | Closing Statement (808 Lexington Ave) (Closing Documents) (EWD.Julian Bivins.02.02.17.000288-000316) |

## PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 104 | 12/16/2014 | Purchase Price Disbursement Instructions and Authorization (Stein #1205-1208) |
| 105 | 12/16/2014 | Statement of Closing (Stein #1213-1218) |
| 106 | 01/26/2015 | *Petition to Compel Oliver Bivins II.'s Compliance with and Enforce the Court Approved Settlement Agreement Between the Guardian and Oliver Bivins II., as Court Approved on September 17, 2013*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.01.30.17.000877-000902) |
| 108 | 01/27/2015 | Supplemental Petition for Attorney's Fees (Stein) |
| 110 | 01/28/2015 | Supplemental Petition for Attorney's Fees (Ciklin) |
| 112 | 03/02/2015 | Certificate of Death of Oliver Wilson Bivins) (EWD.Julian Bivins.02.08.17.000001) |
| 113 | 03/19/2015 | *Order on Global Settlement*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.01.30.17.000022-000034) |
| 115 | 06/09/2015 | *Final Accounting (Guardianship Report) of Guardian of Property* (06.01.13-04.24.15), Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.02.02.17.000163-000211) |
| 116 | 07/09/2015 | *Notice of Confidential Information within Court Filing* with *Final Report of Guardian of Property*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.02.02.17.000212.000254) |
| 119 | 08/21/2015 | Petition for Payment of Attorney's Fees (Stein) |
| 120 | 09/15/2015 | *Petition for Authorization for Guardian to Enter Into Settlement Agreement with Oliver Bivins, II*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.01.30.17.000870-000876) |
| 121 | 09/22/2015 | *Agreed Order on Petitions Set for Hearing on September 22, 2015*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 (EWD.Julian Bivins.01.30.17.000867-000869) |
| 127 | 12/22/2015 | *Order on Amended Petition to Compel the Release of Funds Held by Guardian of his Counsel and Motion for Order to Show Cause*, Fifteenth Judicial Circuit for Palm Beach Co., Florida, Case No.: 2011-GA-00006 |

4

## PLAINTIFF'S EXHIBIT LIST

|  |  |  |
|---|---|---|
|  |  | (EWD.Julian Bivins.02.03.17.000845-000847) |
| 129 | 01/08/2016 | Petition for Attorney's Fees and Cost Reimbursement (Rogers) (EWD.Julian Bivins.02.08.17.000697-000707) |
| 131 | 01/15/2016 | Supplemental Petition for Attorney's Fees (Ciklin) |
| 134 | 02/05/2016 | Petition for Attorney's Fees (Stein) |
| 135 | 02/05/2016 | Supplemental Petition for Attorney's Fees (Ciklin) |
| 136 | 03/29/2016 | Amended Verified Petition for Revocation of Probate |
| 137 | 04/12/2016 | Deed DE 228-22 |
| 138 | 08/23/2016 | Supplemental Petition for Attorney's Fees (Ciklin) |

| | | |
|---|---|---|
| 145 |  | Photos of 330 Ocean Boulevard, Palm Beach, Florida 33480<br>P145-001<br>P145-006<br>P145-009<br>P145-010<br>P145-012<br>P145-013<br>P145-016 |
| 146 |  | Photos of LaTour, Amarillo, Texas (Oliver Bivins, Sr. Residence)<br>P146-002<br>P146-005<br>P146-006<br>P146-007<br>P146-008<br>P146-014<br>P146-020<br>P146-022<br>P146-025<br>P146-034<br>P146-035 |
| 147 | 10/20/2012 | Letter from Stein to Beachton re: 808 Lexington Ave (EWD.Julian Bivins.01.30.17.000280-000281) |
| 148 | 05/23/2014 | Agreed Order on Petition for Payment of Attorney's Fees and Costs by CLO |
| 153 | 07/01/2015 | Ancillary Letters of Administration |
| 163 | 07/09/2013 | Broker Opinion of Value of 808 Lexington |

5

## PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 164 | 02/04/2013 | Broker Opinion of Value for 39 E 67th Street |
| 165 | 02/04/2013 | Email re: Yang Inquiring for Client wanting to buy 808 Lexington |
| 167 | 09/08/2014 | Email re: Fully Executed Copy of Agreement for Eastern Consolidated to be Exclusive Broker for 808 Lexington |
| 169 | 11/19/2014 | Re Fig & Olive being told Donna Levine to send rent checks to Oliver Bivins' guardian. |
| 170 | 01/19/2015 | Email to/from Julian Bivins and Stephen Kelly (Bate 02967–02968) |
| 173 | 9/30/2013 | Signature Term Sheet |
| 174 | 9/16/2013 | VistaPoint Capital Term Sheet |
| 175 | 9/16/2014 | Unexecuted Exclusive Right to Sell Agreement with attached emails |
| 178 | 9/11/2013 | Email between Paul and Keith |
| 179 | 9/11/2014 | Tissa Management Offer, Sept. 11, 2014 (originally CLO 10) |
| 180 | 9/12/2014 | Miyad Realty, LLC Offer, Sept. 12, 2014 (originally CLO 11) |
| 181 | 9/12/2014 | Albanese Development Corp. Offer, Sept. 12, 2014 (originally CLO 12) |
| 182 | 9/12/2014 | Ross M. Spitalnick Offer, Sept. 12, 2014 (originally CLO 13) |
| 183 | 5/23/2014 | Agreed Order on Petitions for Payment of Attorney's Fees and Costs by the Law Firm of Ciklin Lubitz Martens & O'Connell, Bill T. Smith, Jr. P.A., and Agreed Award of Attorney's Fees and Costs to Perlman, Bajandas, Yevoli & Albright, P.I. |
| 184 | 9/28/2012 | Curtis Rogers Legal Services Bill September 28, 2012<br>BATES Ewd.JulianBivins.02.08.17.000832 |
| 185 | 5/31/2013 (document) 6/2/2012 (redacted page) | Petition for Order Authorizing Payment of Compensation and Expenses of Guardian (ROGERS) 5/31/2013<br>LINE ITEM PAGE Showing JUNE 29, 2012 |
| 186 | 5/2/2013 | Amended Petition for Order Authorizing Payment of Attorney's Fees and Expenses (CIKLIN) May 2, 2013 |
| 187 | 11/5/2013 | Petition to Enforce Terms of Contingency Fee Agreement (CIKLIN) November 5, 2013 |
| 188 | 6/13/2013 | Petition for Order Authorizing Payment of Attorney's Fees and Expenses (STEIN) 6/13/2013 |

# PLAINTIFF'S EXHIBIT LIST

| 189 | 5/2/2014 | Petition for Order Authorizing Payment of Attorney's Fees and Expenses (CIKLIN) 5/2/2014 |
|---|---|---|
| 192 | 6/16/2014 | FULLY EXECUTED Exclusive Right to Sell 808 Agreement |
| 193 | 3/28/2017 | E-mails between Ron Denman, Ashley Crispin, and Donna Levine re: Motion to Enforce Payment by Oliver Jr. |
| 194 | 9/2/2011 | Petition for Order Authorizing Payment of Compensation and Expenses of Guardian (Rogers) (5/6/11-8/12/2011) |
| 195 | 5/31/2013 | Petition for Order Authorizing Payment of Compensation and Expenses of Guardian (ROGERS) 5/31/2013 (Full Document Admitted) |
| 197 |  | Handwritten Notes of Rogers |
| 198 | 1/23/2012 | Petition for Order Authorizing Payment of Compensation and Expenses of Guardian (Rogers) (8/5/2011-12/31/2011) |
| 199 | Various | Composite of ALL orders authorizing payment of the petitions. |
| 200 |  | Kara Sharp Math Summary |
| 201 |  | Composite of Ciklin Fees & Orders<br>August 2, 2011 (PETITION)<br>May 23, 2014 (ORDER covering August, July, and September 2013)<br>October 30, 2013 (PETITION)<br>October 23, 2013 (PETITION)<br>September 10, 2013 (REVISED SUPP PETITION)<br>July 8, 2013 (SUPPLEMENTAL TO AMENDED PETITION_ |