## DEFENDANT'S EXHIBIT LIST

### O'Connell, Crispin, and Ciklin Lubitz, O'Connell

| | |
|---|---|
| 8. | Hearing Transcript, Sept. 19, 2014 |
| 26. | Agreed Final Judgment, April 3, 2013 |
| 28. | Petition to Determine Beneficiaries, November 4, 2012 |
| 30. | Hearing Transcript, September 17, 2013 |
| 35. | Hearing Transcript, July 14, 2013 |
| 45. | Order Granting and New York Settlement |
| 57. | Order on Amended Motion to Substitute Temporary Administration of Estate, May 26, 2015 |
| 64. | Hearing Transcript - Motion to Dismiss Petition for Authorization to Pursue Petition to Determine Beneficiaries; and Julian's Motion to Dismiss, October 26, 2012 |
| 66. | Hearing Transcript - Petition to Determine Beneficiaries and Enter into Hybrid Fee Agreement, November 30, 2012 |
| 69. | Hearing Transcript - Motion for Court Approval of the Comprehensive Settlement Agreement, Including the Oliver Bivins Trust Between the Guardian and Julian Bivins, dated 2/27/13 |
| 70. | Hearing Transcript – Continued hearing from 3/22/13, April 1, 2013 |
| 75. | Hearing Transcript on Motion for Court Approval of New York Settlement, Sept. 17, 2013 |
| 95. | Hearing Transcript – Appointment of Julian Bivins as Temporary Administrator, March, 18, 2015 |

### Stein

| | |
|---|---|
| 54. | Nov. 10, 2012 Legal Services Agreement between Beys Stein and Curtis Rogers |
| 55. | Sept. 11, 2014, Legal Services Agreement between Beys Stein and Steven Kelly |