UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81298-CIV-MARRA/MATTHEWMAN

JULIAN BIVINS, as personal representative
of the ancillary estate of Oliver Wilson Bivins,

Plaintiff,

vs.

CURTIS CAHALLONER ROGERS, JR. as
former guardian, et al,

Defendants.
_____/

**ORDER**

This cause is before the Court upon the Joint Stipulation of Dismissal for Dismissal with Prejudice of all Claims against Defendants Stephen M. Kelly, Brian M. O'Connell, Ashley N. Crispin and Ciklin Lubitz & O'Connell only (DE 423). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, all claims against Defendants Stephen M. Kelly, Brian M. O'Connell, Ashley N. Crispin and Ciklin Lubitz & O'Connell are dismissed with prejudice.[1]

The Court denies as moot the Renewed Motion for Judgment as a Matter of Law (DE

---

[1] As to the parties' request that the Court retain jurisdiction for the purpose of enforcing their settlement agreement, see *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

415) and the Motion for Entry of Final Judgment (DE 416).

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of October, 2017.

_____
KENNETH A. MARRA
United States District Judge